RACHEL E. KAUFMAN (Cal. Bar No. 259353)
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
rachel@kaufmanpa.com

*Counsel for Plaintiff and the Putative Class*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY EGGLESTON, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FIRST TAX COMPANY LLC,<br><br>　　　　　Defendant. | Case No. 8:21-cv-01175-JLS-JDE<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Tracy Eggleston hereby provides notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully Submitted,

Dated: October 14, 2021

By: */s/ Rachel E. Kaufman*
Rachel E. Kaufman (Cal Bar No. 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
*Attorney for Plaintiff and the putative Class*

PLAINTIFF'S NOTICE OF DISMISSAL
*Eggleston v. First Tax Company LLC*